IN THE UNITED STATES DISTRICT COURT FOR THE

WESTERN DISTRICT OF OKLAHOMA

DAVID A. SUMRALL,                          )
                                           )
                    Petitioner             )
                                           )
        vs.                                )          No. CIV-06-694-C
                                           )
WARDEN JOE KEFFER,                         )
                                           )
                    Respondent             )

ORDER ADOPTING REPORT AND RECOMMENDATION

This matter is before the Court on the Report and Recommendation entered by the

United States Magistrate Judge on October 6, 2006.  The court file reflects that no party has

objected to the Report and Recommendation within the time limits prescribed.  Therefore,

the Court adopts the Report and Recommendation in its entirety.

Accordingly, the Report and Recommendation of the Magistrate Judge is adopted and

the petition for writ of habeas corpus is denied.  A judgment will enter accordingly.

IT IS SO ORDERED this 14th day of November, 2006.


ROBIN J. CAUTHRON
United States District Judge